IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YEPEZ CARRILLO, Javi Jardel<br>Petitioner,<br>v.<br>JAMISON, J.L., et al.,<br>Respondents. | CIVIL ACTION<br>NO. 26-6750 |

**ORDER**

**AND NOW**, this 28th day of September 2026, upon consideration of Petitioner's Notice of Voluntary Dismissal (Doc. No. 3), it is **ORDERED** that this case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.